**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| YILLIO, INC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:25-CV-00533-JRG-RSP |
| | § | |
| UBER TECHNOLOGIES, INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Uber Technologies, Inc., ("Uber") previously filed a Motion to Dismiss Plaintiff's Amended Complaint for Improper Venue and Failure to State a Claim. (Dkt. No. 40.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 84), recommending that the Motion be granted and that the above-captioned case be dismissed pursuant to Fed. R. Civ. P. 12(b)(6). Yillio, Inc., ("Yillio") has since filed Objections (Dkt. No. 91), with Uber filing a Response (Dkt. No. 92).

After conducting a *de novo* review of the briefing on Uber's Motion, the Report and Recommendation, and the briefing on Yillio's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes the Objections fail to show the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Yillio's Objections, **ADOPTS** the Report and Recommendation, and **GRANTS** the Motion. (Dkt. No. 40). Accordingly, the Court **DISMISSES** this case, and **ORDERS** the Clerk of Court to **CLOSE**, the above-captioned case.

**So ORDERED and SIGNED this 25th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE